CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

August 12, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TARUN KUMAR VYAS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:25-cv-00790 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| JOSEPH WALTERS, | ) |     Chief United States District Judge |
|     Respondent. | ) | |

**ORDER GRANTING STAY**

This action is a petition for relief under 28 U.S.C. § 2254 by Tarun Kumar Vyas, acting *pro se*. Before the court is a motion to stay filed by the respondent. (Dkt. No. 135.) Respondent's motion correctly notes that petitioner has challenged the same state court convictions in a separate action. *See* Case No. 7:25-cv-2 (W.D. Va.) The court finds that it would be a waste of judicial resources to adjudicate two petitions challenging the same convictions. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (discussing the court's inherent power to stay one federal lawsuit while another proceeds to resolution). The outcome of the proceedings in 7:25-cv-2 may render the instant matter a successive petition, divesting the court of jurisdiction in the absence of pre-filing authorization from the Fourth Circuit. *See Bixby v. Stirling*, 90 F.4th 140, 146 (4th Cir. 2024) (citing 28 U.S.C. § 2244).

Accordingly, it is HEREBY ORDERED that respondent's motion for a stay (Dkt. No. 135) is GRANTED. This matter is STAYED pending the court's resolution of Case No. 7:25-cv-2. All other pending motions in this matter are DISMISSED without prejudice.

The Clerk shall transmit a copy of this order to Vyas and to all counsel of record.

Entered: August 12, 2026.

/s/ Elizabeth K. Dillon

Elizabeth K. Dillon
Chief United States District Judge